United States District Court

District of Massachusetts

FILED IN CLERKS OFFICE

SEP 4 '25 PM 1:35 USDC MA

United States of America

Plaintiff

v.

Rohan Brown

Defendant

Case Number:

4:23-cr-40019-MRG1

*Request of funds (amount of $1000.00)

GRANTED
01/22/2026

X _____
Margaret R. Guzman
US District Judge

9/4/25
Date

_____
Signature

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.

USA v. Brown

CRIMINAL NO. __4:23-cr-40019-MRG-1__

### AFFIDAVIT OF OWNER OF CASH DEPOSIT

I, __Ava Nunes__, on oath say that I reside at __39 Ibbs Street Worcester, MA__ zip code __01607__ and that the $ __1000.00__ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address or other location so designated by me upon exoneration of this bond. I understand that if the defendant violates <u>any</u> of the conditions of release the deposit may be forfeited. A request for return of security should be made in writing after the conclusion of all proceedings. Funds not claimed within five (5) years after the conclusion of the case will be forwarded to the U.S. Treasury.

Sworn to and subscribed before me.

_____
Deputy Clerk

__10/30/23__
Date

_____
Signature of Owner of Cash Deposit

**\*NOTE: Deposit will be in a non-interest bearing account unless otherwise ordered pursuant to Local Rule 67.2(c)**

### PROCEDURES FOR RETURN OF CASH DEPOSIT

1. Upon disposition of the case, a motion for release of bail must be filed with the Court. If a cash deposit is to be returned to someone other than the original depositor, the assignment of bail section below must be completed, notarized and included in the motion.

2. A refund in the form of a U.S. Treasury check should be available within five (5) working days after receipt of a Court order directing release of funds. The refund will be mailed via certified mail to the address indicated on the receipt or may be picked up by the owner at the Clerk's Office. Photo identification will be required.

3. Any questions related to the refund of bail may be directed to the Clerk's Financial Office at 617-748-9134.

### ASSIGNMENT OF BAIL

I, _____, do hereby assign all my interest and ownership of the above bond to the following person: _____.

Notary Seal

Address
_____

_____
Signature of Owner of Cash Deposit

_____
Signature of Notary

_____
Date